# EXHIBIT 1

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | DATE FILED<br>September 10, 2024 12:25 PM<br>FILING ID: 8354A80E57CE4<br>CASE NUMBER: 2024CV32749 |
| Plaintiff: MESSNER REEVES, LLP, a Colorado limited liability partnership,<br><br>v.<br><br>Defendant: CREATIVE POWER SOLUTIONS (USA), INC., an Arizona corporation. | ▲COURT USE ONLY▲ |
| Attorneys for Plaintiff:<br>Marc R. Levy, #11372<br>Matthew W. Hall, #41101<br>Ryan E. Nichols, #47718<br>Levy Law, P.C.<br>5445 DTC Pkwy., Suite 1000<br>Greenwood Village, CO 80111<br>Telephone: (303) 796-2900<br>Facsimile: (303) 796-2081<br>E-mail: mlevy@levytrial.com<br>         mhall@levytrial.com<br>         rnichols@levytrial.com | Case Number:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff, Messner Reeves, LLP ("Messner"), by and through its attorneys, Levy Law, Professional Corporation, hereby submits its Complaint and Jury Demand and states as follows:

**PARTIES**

1. Messner Reeves, LLP ("Messner") is a Colorado limited liability partnership with its principal place of business at 1550 Wewatta Street, Suite 710, Denver, CO 80202.

2. Defendant Creative Power Solutions (USA), Inc. ("CPS") is an Arizona corporation with its principal place of business at 11010 N. Saguaro Blvd., Suite 206, Fountain Hills, AZ 85268.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action due to the language contained in the September 27, 2022 Messner engagement agreement with CPS stating that "you and the firm agree that all disputes related to our fees or the legal services performed pursuant to this Agreement will be governed by Colorado law and brought solely and exclusively in Denver District Court, Colorado."

4. Venue is proper in this Court due to the language contained in the September 27, 2022 Messner engagement agreement with CPS stating that "you and the firm agree that all disputes related to our fees or the legal services performed pursuant to this Agreement will be governed by Colorado law and brought solely and exclusively in Denver District Court, Colorado."

## GENERAL ALLEGATIONS

5. From approximately September 2022 to August 2023 CPS engaged Messner for performance of legal services pursuant to a letter legal engagement agreement of September 27, 2022.

6. CPS agreed to pay agreed hourly rates, fees and expenses pursuant to that legal services agreement, and to pay interest on sums not timely paid.

7. Messner performed all services for CPS.

8. Messner billed CPS for its services, including fees, costs, expenses and, where appropriate, interest.

9. CPS has failed to pay for such services pursuant to those bills.

10. To date, the balance of the outstanding amounts owed to Messner by CPS total $261,674.25.

11. CPS received monthly invoices from Messner for legal services.

12. CPS has made partial payments to Messner, but has not paid the full balance owed.

13. The last partial payment was made by CPS to Messner on May 18, 2023.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

14. Messner incorporates all prior allegations as though fully set forth herein.

2

15. Messner and CPS entered into a binding agreement for the provision of legal services, including as evidenced by mutual performance.

16. Messner has fully performed its obligation to CPS.

17. Despite Messner's full performance, CPS has failed to satisfy its obligations.

18. Messner has been damaged by CPS's failure to perform.

## SECOND CLAIM FOR RELIEF
(Unjust Enrichment/Quantum Meruit)

19. Messner incorporates all prior allegations as though fully set forth herein.

20. Messner conferred a benefit upon CPS with the expectation of receiving the full benefit of all promises and representations made by CPS for purposes of inducing Messner's full performance.

21. CPS accepted and retained the benefit conferred upon it by Messner under circumstances that would make such acceptance and retention unjust without CPS being required to repay the full value of the benefit.

22. CPS has not paid the full value of the benefit it received.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant Creative Power Solutions (USA), Inc., for relief as follows:

Economic damages, including but not limited to, the amount due to Messner Reeves, LLP for unpaid attorney fees and costs;

All other compensatory damages caused by Defendant's actions, to be proven at trial;

Pre-judgment and post-judgment interest as provided by law;

Costs and attorney fees associated with this matter as deemed appropriate by the Court; and

For such other and further relief as the Court deems just and proper.

## JURY DEMAND

**PLAINTIFF REQUESTS TRIAL TO A JURY OF SIX (6) PERSONS ON ALL ISSUES SO TRIABLE.**

Dated this 10th day of September, 2024.

>Respectfully submitted,
>
>LEVY LAW
>Professional Corporation
>
>*Original signature on file at the office of Levy Law, Professional Corporation*
>
>By: /s/*Marc R. Levy*
>Marc R. Levy, #11372
>Matthew W. Hall, #41101
>Ryan E. Nichols, #47718
>
>*Attorneys for Plaintiff*

Plaintiff's Address:
1550 Wewatta Street, Suite 710
Denver, CO 80202